**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> JACQUELINE S. SALTER, ET AL., <br><br> Defendant(s). | Case No. CV-17-5515-R <br><br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than **October 17, 2017** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: October 19, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE